

# COUNTY OF SANTA CRUZ

## OFFICE OF THE COUNTY COUNSEL

701 OCEAN STREET, SUITE 505, SANTA CRUZ, CA 95060-4068 (831) 454-2040 FAX: (831) 454-2115

### DANA McRAE, COUNTY COUNSEL

RAHN GARCIA, CHIEF DEPUTY

*Assistants*  *Special Counsel*
Marie Costa    Tamyra Rice         Jason M. Heath           Betsy L. Allen         Jessica C. Espinoza    Dwight L. Herr
Jane M. Scott  Shannon M. Sullivan Christopher R. Cheleden  Sharon Carey-Stronck

December 4, 2012

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Raymond v. Pellerin*
U.S.D.C., Northern District of California, Case No. CV 12-04484 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Jason M. Heath for the December 7, 2012 Case Management Conference and Motion for Compulsory Joinder scheduled for 9:30 a.m. Mr. Heath can be reached at (831) 454-2049, or Mr. Heath can participate via the conference call line arranged by the County of Humboldt.

Sincerely,

DANA McRAE, COUNTY COUNSEL

By: _____/s/_____
JASON M. HEATH
Assistant County Counsel

IT IS HEREBY ORDERED THAT Mr. Heath shall participate via the conference call line arranged by the County of Humboldt.
Dated: 12/5/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero