

# COUNTY OF SANTA CRUZ

## OFFICE OF THE COUNTY COUNSEL

701 Ocean Street, Suite 505, Santa Cruz, Ca 95060-4068  (831) 454-2040  Fax: (831) 454-2115

### DANA McRAE, COUNTY COUNSEL

Rahn Garcia, Chief Deputy

*Assistants*                                                                                           *Special Counsel*
Marie Costa     Tamyra Rice            Jason M. Heath          Betsy L. Allen         Jessica C. Espinoza    Dwight L. Herr
Jane M. Scott   Shannon M. Sullivan    Christopher R. Cheleden Sharon Carey-Stronck

December 4, 2012

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    *Raymond v. Pellerin*
              <u>U.S.D.C., Northern District of California, Case No. CV 12-04484 JCS</u>

Dear Judge Spero:

     This letter is to request a telephonic appearance for Jason M. Heath for the December 7, 2012 Case Management Conference and Motion for Compulsory Joinder scheduled for 9:30 a.m.  Mr. Heath can be reached at (831) 454-2049, or Mr. Heath can participate via the conference call line arranged by the County of Humboldt.

                             Sincerely,

                             DANA McRAE, COUNTY COUNSEL

                             By:         /s/
                                 JASON M. HEATH
                                 Assistant County Counsel

IT IS HEREBY ORDERED THAT Mr. Heath shall participate via the conference call line arranged by the County of Humboldt.
Dated:  12/5/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero