

# COUNTY OF SANTA CRUZ

### OFFICE OF THE COUNTY COUNSEL
701 OCEAN STREET, SUITE 505, SANTA CRUZ, CA 95060-4068  (831) 454-2040  FAX: (831) 454-2115

### DANA McRAE, COUNTY COUNSEL
RAHN GARCIA, CHIEF DEPUTY

| *Assistants* | | | | | *Special Counsel* |
|---|---|---|---|---|---|
| Marie Costa | Tamyra Rice | Jason M. Heath | Betsy L. Allen | Jessica C. Espinoza | Dwight L. Herr |
| Jane M. Scott | Shannon M. Sullivan | Christopher R. Cheleden | Sharon Carey-Stronck | Jordan Sheinbaum | |

February 25, 2013

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Raymond v. Pellerin*
      U.S.D.C., Northern District of California, Case No. CV 12-04484 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Jason M. Heath (counsel for defendant Gail Pellerin) for the March 8, 2013 Case Management Conference scheduled for 1:30 p.m.  Mr. Heath can be reached at (831) 454-2049, or Mr. Heath can participate via a conference call line if one is arranged by the parties.

Sincerely,

DANA McRAE, COUNTY COUNSEL

By:    /s/
       JASON M. HEATH
       Assistant County Counsel

IT IS HEREBY ORDERED that Mr. Heath shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 2/26/13

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero