

# COUNTY OF SANTA CRUZ

## OFFICE OF THE COUNTY COUNSEL

701 Ocean Street, Suite 505, Santa Cruz, Ca 95060-4068  (831) 454-2040  Fax: (831) 454-2115

### DANA McRAE, COUNTY COUNSEL

Rahn Garcia, Chief Deputy

*Assistants*                                                                                                                    *Special Counsel*
Marie Costa        Tamyra Rice              Jason M. Heath            Betsy L. Allen             Jessica C. Espinoza     Dwight L. Herr
Jane M. Scott      Shannon M. Sullivan      Christopher R. Cheleden   Sharon Carey-Stronck       Jordan Sheinbaum

July 30, 2013

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  *Raymond v. Pellerin*
     U.S.D.C., Northern District of California, Case No. CV 12-04484 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Jason M. Heath (counsel for defendant Gail Pellerin) for the August ~~9~~ 16, 2013 Case Management Conference scheduled for 1:30 p.m.  Mr. Heath can be reached at (831) 454-2049, or Mr. Heath can participate via a conference call line if one is arranged by the parties.

Sincerely,

DANA McRAE, COUNTY COUNSEL

By:  _____/s/_____
     JASON M. HEATH
     Assistant County Counsel

IT IS HEREBY ORDERED THAT Mr. Heath may appear by phone via a conference call line that will be established by Barbara Thompson, counsel for County of Benito.
Dated: 7/31/13.

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero